```
             UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 05541
   BARBARA OPIELKA
   MICHAL HENRYK OPIELKA                        CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR
           Debtor
   SSN XXX-XX-8258      SSN XXX-XX-3716
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 05/15/06 and confirmed on 09/15/06.

2. The case was dismissed after confirmation, 09/12/2008.

3. The Debtor paid a total of $ 16720.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| DAIMLER CHRYSLER FINANCI | SECURED VEHIC | 5822.32 | 947.32 | 5822.32 |
| HAWTHORNE CU | SECURED VEHIC | 8582.00 | 768.29 | 4198.65 |
| BECKET & LEE LLP | UNSECURED | 2055.91 | .00 | 196.67 |
| CAPITAL ONE BANK | UNSECURED | 324.05 | .00 | 30.99 |
| B LINE LLC | UNSECURED | 1496.73 | .00 | 143.17 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 642.81 | .00 | 61.49 |
| NATIONWIDE MUTUAL FIRE I | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 1976.84 | .00 | 189.10 |
| GE MONEY BANK | UNSECURED | 183.62 | .00 | 17.56 |
| ST PAUL TRAVELERS | UNSECURED | 1413.00 | .00 | 135.16 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 4655.81 | .00 | 445.37 |
| B LINE LLC | UNSECURED | 3193.45 | .00 | 305.48 |
| BECKET & LEE LLP | UNSECURED | 2273.02 | .00 | 217.42 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 2109.84 | .00 | 201.82 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 2669.01 | .00 | 255.31 |
| BECKET & LEE LLP | UNSECURED | 1591.15 | .00 | 152.20 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 243.48 | .00 | 23.30 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 223.65 | .00 | 21.39 |
| ARGENT MORTGAGE CO | SECURED | .00 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 14404.32 | .00 | 25052.37 | .00 | 39456.69 |
| PRINCIPAL PAID | 10020.97 | .00 | 2396.43 | .00 | 12417.40 |
| INTEREST PAID | 1715.61 | .00 | .00 | .00 | 1715.61 |

```
TOTAL PAID              11736.58          .00      2396.43           .00    14133.01
```
The Debtor's attorney, PATRICK J HART                    , was allowed $   2500.00
and was paid $     626.00   direct and $   1874.00   through the plan.

The Trustee received $     712.99 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 12/16/08                    /S/
                                       GLENN STEARNS
                                     CHAPTER 13 TRUSTEE